# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

Robert P. Young, Jr.,
Chief Justice

145963

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

JAMES SMITH and ODIS SOLOMON,
        Plaintiffs-Appellants,
and

JOHN GATEWOOD,
        Plaintiff,

v

                                  SC: 145963
                                  COA: 303939

ROYAL OAK TOWNSHIP,
        Defendant-Appellee.
                                  Oakland CC: 2010-113507-CK

_____/

On order of the Court, the application for leave to appeal the August 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013

_____
Clerk

t0116